# Office of the Chapter 13 Standing Trustee

### *Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*  
*Raymond H. Shockley, Jr. Staff Attorney*  
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**  
*Jennie P. Archer\**  
*Jenai M. Cerquoni\**  
*\*Certified Bankruptcy Assistant*  
†*Fellow, American College of Bankruptcy*

May 17, 2017

The Honorable Jerrold N. Poslusny, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy  
        Debtor(s) Name:        David Robinson  
        Case No:                    15-15428   JNP  
        Hearing Date:           N/A

Dear Judge Poslusny:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application.

The proposed form of order filed with the Motion/Application, fails to indicate a correct monthly Trustee payment going forward. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $306.00 per month for thirty-four (34) months.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*  
*STANDING TRUSTEE*

/s/ *Isabel C. Balboa*

**ISABEL C. BALBOA**  
Chapter 13 Standing Trustee

ICB:lka

c:   Joseph J. Rogers, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)  
       David Robinson   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

Payments Only:  
P.O. Box 1978  
Memphis, TN 38101-1978