| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | David Robinson <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6305 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ <br> EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    15–15428–JNP | | |

## Order of Discharge                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Robinson

11/13/20                                                **By the court:** Jerrold N. Poslusny Jr.
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-15428-JNP |
| David Robinson | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 13, 2020 | Form ID: 3180W | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Robinson, 1449 Greenwood Avenue, Camden, NJ 08103-2929 |
| 515409301 | | Bay Area Credit Service LLC, PO Box 5932, Troy, MI 48007-5932 |
| 515559804 | + | Cavalry SPV I, LLC, Assignee of Capital One, N.A., Bass & Associates, P.C., 3936 E Ft. Lowell Road Suite #200, Tucson, AZ 85712-1083 |
| 515409305 | | Greentree Servicing LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 515409306 | | Haddon Emergency Physicians, PO Box 41541, Philadelphia, PA 19101-1541 |
| 515409307 | + | Lisa A. Rink Family Medical LLC, PO Box 1338, Bellmawr, NJ 08099-5338 |
| 515409308 | | Lourdes Imaging Associates, PO Box 95000-2840, Philadelphia, PA 19195-2840 |
| 515409309 | | Lourdes Medical Associates, PO Box 9367, Belfast, ME 04915-9367 |
| 515409310 | | Lourdes Medical Center, PO Box 822099, Philadelphia, PA 19182-2112 |
| 515409311 | + | Mid-Atlantic Anesthesia Associ, Po Box 8505, Cherry Hill, NJ 08002-0505 |
| 515409312 | | Mid-Atlantic Credit Corp, PO Box 388, Conshohocken, PA 19428-0388 |
| 515556045 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 515409313 | + | Midland Mtg/midfirst, Pob 268959, Oklahoma City, OK 73126-8959 |
| 515409314 | + | Suntrustbank/gs Loan S, 1797 N East Expy Ne, Atlanta, GA 30329-7803 |
| 515409316 | + | Tri-State Pathology Consultant, PO Box 892, Concordville, PA 19331-0892 |
| 515409317 | + | United Telemanagement Corp., PO Box 145465, Cincinnati, OH 45250-5465 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2020 23:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2020 23:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515409300 | + | Email/Text: aacbankruptcynotice@affiliated.org | Nov 13 2020 23:15:00 | Affiliated, Po Box 790001, Sunrise Beach, MO 65079-9001 |
| 515619236 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 23:23:36 | Ashley Funding Services, LLC its successors and, assigns as assignee of Reimbursement, Technologies, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515409302 | + | EDI: CAPITALONE.COM | Nov 14 2020 02:33:00 | Cap One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 515536586 | + | Email/Text: bankruptcy@cavps.com | Nov 13 2020 23:15:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 515409303 | + | EDI: WFNNB.COM | Nov 14 2020 02:33:00 | Comenity Capital/hsn, 995 W 122nd Ave, Westminster, CO 80234-3417 |
| 515409304 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2020 23:23:29 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 515619241 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 23:26:10 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital |

Case 15-15428-JNP  Doc 39  Filed 11/15/20  Entered 11/16/20 00:25:08  Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 3180W | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515495283 | EDI: Q3G.COM | Nov 14 2020 02:33:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 515409315 | + EDI: RMSC.COM | Nov 14 2020 02:33:00 | | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 515620385 | EDI: RMSC.COM | Nov 14 2020 02:33:00 | | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |
| 515409318 | + EDI: VERIZONCOMB.COM | Nov 14 2020 02:33:00 | | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518996018 | *+ | David Robinson, 1449 Greenwood Avenue, Camden, NJ 08103-2929 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2020                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor David Robinson jjresq@comcast.net jjrogers0507@gmail.com |
| Joshua I. Goldman | on behalf of Creditor MIDFIRST BANK josh.goldman@padgettlawgroup.com bkgroup@kmllawgroup.com |

TOTAL: 5